JONES et al. *v.* THE MERCHANTS BANK OF BALTIMORE.

THIS case was remanded to the Fourth District Court of New Orleans, for further proceedings, no opinion being pronounced on any question of law arising in it.

*Hamner*, for the appellants.   *Wharton*, for the defendants.